IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Continental Casualty Company, | ) | Civil Action No. 6:07–CV–2845–HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT DECREE OF RESCISSION** |
| | ) | |
| W. Benjamin McClain, Jr., LLC, and W. Benjamin McClain, Jr., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court upon a Consent Motion for Entry of Judgment. Upon due consideration, and noting the Parties' mutual consent, the Motion is GRANTED.

It is therefore the JUDGMENT of this Court that Lawyers Professional Liability Policy No. 169934624, issued by Continental Casualty Company to W. Benjamin McClain, Jr., LLC for the claims made and reported Policy Period of November 1, 2006 to November 1, 2007, but cancelled effective April 22, 2007, is declared to be RESCINDED.

It is SO ORDERED.

**s/Henry F. Floyd**
United States District Judge

Entered this 9th day of June, 2008