AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Continental Casualty Company

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 6:07-2845-HFF

W. Benjamin McClain, Jr. LLC, W. Benjamin McClain, Jr.

**[X]   Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that Lawyers Professional Liability Policy No. 169934624, issued by Continental Casualty Company to W. Benjamin McClain, Jr., LLC for the claims made and reported Policy Period of November 1, 2006 to November 1, 2007, but cancelled effective April 22, 2207, is declared to be RESCINDED.

LARRY W.  PROPES, Clerk

By: **s/Angela Lewis**
 Deputy Clerk

June 9, 2008